**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JANE DOE (M.S.H.),<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WYNDHAM HOTEL GROUP, LLC, WYNDHAM HOTELS & RESORTS, INC. and PALMDALE MOTEL MANAGEMENT, INC.,<br><br>　　　　　Defendants. | CASE NO. 2:24-CV-04895-SVW-MARx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Judge: Honorable Stephen V. Wilson<br>United States District Judge |

On October 7, 2025, the parties, through their counsel of record, stipulated, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

The Court, having considered the Parties' Stipulation, hereby GRANTS the Stipulation to dismiss Plaintiff's claims with prejudice, as set forth above.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 20, 2025

_____
Honorable Stephen V. Wilson
United States District Judge